(Del. Rev 2/98)

**~~ORIGINAL~~**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

D"RAYFIELD KARY KHAME SHIPMAN

_____

_____

(Name of Plaintiff or Plaintiffs)

STATE OF DELAWARE, HAROLD STAFFORD  CIVIL ACTION No. 05    665
W. THOMAS MACPHERSON, YVONNE MARSHALL LAVINIA MCGINTY SHERRI ECKEARD
FRAN LALLY, MIKE BEGATTO, LOCAL 2038 AFSCME

_____

(Name of Defendant or Defendants)

## COMPLAINT UNDER TITLE VII
## OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to *Title VII of the Civil Rights Act of 1964*, as amended, for **employment discrimination**. Jurisdiction exists by virtue of 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff resides at ___2509 BAYNARD BLVD WILMINGTON DE 19802___
(Street Address)
MAILING ADDRESS P O BOX 25322 WILMINGTON, DE 19899
_____
(City)    (County)    (State)    (Zip Code)
___302.656.1364_____
(Area Code) (Phone Number)

3. Defendant resides at, or its business is located at ___4425 N MARKET ST___
(Street Address)
WILMINGTON DE NEW CASTLE DE 19809
_____
(City)    (County)    (State)    (Zip Code)

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application to be employed at, defendant's ___STATE OF DELAWARE___ place of bussiness
(Defendant's Name)
located at ___4425 N MARKET ST___
(Street Address)
WILMINGTON    DE NEW CASTLE DE 19809
_____
(City)    (County)    (State)    (Zip Code)

FILED 2005 SEP 13 PM 3:19 U.S. DISTRICT COURT DISTRICT OF DELAWARE

5. The alleged discriminatory acts occurred on ___7___, ___18___, ___04___  various other dates as well
   (Day)  (Month)  (Year)

6. The alleged discriminatory practice  ⊙ is   ⊗ is not continuing.

7. Plaintiff filed charges with the Department of Labor of the State of Delaware,
   EEOC OFFICE   4425N MARKET ST   WILMINGTON
   (Agency)   (Street Address)   (City)
   NEW CASTLE   DE   19809
   (County)   (State)   (Zip Code)   , regarding
   defendant's alleged discriminatory conduct on ___7/18/05 & various other dates as well___
   (Day)  (Month)  (Year)

8. Plaintiff filed charges with the Equal Employment opportunity Commission of the United States regarding defendant's alleged discriminatory conduct on: ___9___, ___11___, ___04___
   (Day)  (Month)  (Year)

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue letter which was received by plaintiff on: ___6___, ___20___, ___05___
   (Day)  (Month)  (Year)

**(NOTE: ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

    A.  ⊗  Failure to employ plaintiff.

    B.  ⊙  Termination of plaintiff's employment.

    C.  ⊙  Failure to promote plaintiff.

    D.  ⊗  Other acts (please specify below)

I WAS GROSSLY DISCRIMINATED AGAINST BY MY FORMER EMPLOYER THE STATE OF DELAWARE. MR. HAROLD STAFFORD, THE FORMER SECRETARY OF LABOR, ISSUED A RECOMMENDATION THAT I BE TERMINATED GIVEN TO ME BY MS MARSHALL, OF HUMAN RESOURCES THE DAY AFTER HIS EMPLOYMENT ENDED WITH THE STATE. MS LAVINIA MCGINTY TREATED ME VERY DIFFERENTLY FROM THE OTHER EMPLOYEES, (ALL FEMALES), AND RATED MY PERFORMANCE EVALUATIONS VERY BIASED. I ALSO WAS TREATED VERY HARSHLY BY THE DIRECTOR OF UNEMPLOYMENT INSURANCE MR. MACHPERSON, WHO ALONG WITH MS MARSHALL ON MORE THAN ONE OCCASSION TRIED TO FORCE MY RESIGNATION. SHERRI ECKEARD, THE UNION PRESIDENT WAS IN COLLUSION WITH MANANGEMENT, AND COUNCIL REP. FRAN LALLY AND HIS SUPVR. MIKE BEGGATO, FAILED TO ASSIST ME WHEN I SEEKED ASSISTANCE FROM THEM.

CONT

10. con't

MR. MACPPHERSON, EVEN HAD ME PERSONALLY ESCORTED OUT OF MY PLACE OF EMPLOYMENT BY SECURITY, WHICH WAS TOTALLY EMBRASSING AND HUMILATING. SHERRI ECKEARD, THE UNION PRESIDENT, FOLLOWED ME OUT OF THE BUILDING AFTER SECURITY ESCORTED ME AND SAID SHE WOULD SHE TO IT THAT I WAS TERMINATED. BEING AN AFRICAN-AMERICAN MALE OVER 40, I FIND THAT THIS HAS LET A PERMANENT SCAR ON ME. ALSO I WAS ACCUSED OF NOT PROPERLY DOING MY JOB, YET WHEN I REQUEST PROOF OF SAME, FROM THE DIRECTOR AND MANAGER OF HUMAN RESOURCES, NOTHING WAS PROVIDED. MS MCGINTY HAD ON MORE THAN ONE OCCASION USED HER POSITON AS AN INVESTIGATOR, TO TRY TO DIG UP NEGATIVE INFORMATION ON ME, AND DID SO THROUGH ONE OF HER FORMER CO-WORKERS, BLAIR, WHO WORKS IN THE CARVEL STATE BLDG. I FEEL VERY VIOLATED BY THE ACTIONS I ENDURED AT THE DEPARTMENT OF LABOR FROM ALMOST MY EMPLOYMENT IN APRIL 2002 UNTIL I LEFT ON ADVICE OF MY DOCTOR ON JANUARY 26, 2005. I WAS TERMINATED WHILE OUT ON FMLA.

11. Defendant's conduct is discriminatory with respect to the following:
    A. ● Plaintiff's race
    B. ● Plaintiff's color
    C. ● Plaintiff's sex
    D. ○ Plaintiff's religion
    E. ○ Plaintiff's national origin

12. A copy of the charges filed with the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

13. If relief is not granted, plaintiffs will be irreparably denied rights secured by Title VII of the 1964 CivilRights Act, as amended.

14. Plaintiff's has no adequate remedy at law to redress the wrongs described above.

*THEREFORE*, **Plaintiff prays as follows: (Check appropriate letter(s))**

   A. ● That all fees, cost or security attendant to this litigation be hereby waived.
   B. ● That the Court appoint legal counsel.
   C. ● That the Court grant such relief as may be appropriate, including injunctive orders, damages, cost and attorney's fees.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 9/12/05

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)