IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfield Kary Khame Shipman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-665 GMS |
| ) | |
| State of Delaware ) | |
| Harold Stafford, ) | |
| W. Thomas MacPherson, ) | |
| Yvonne Marshall, ) | |
| Lavinia McGinty, ) | |
| Sherry Eckeard, Fran Lally, ) | |
| Mike Begatto, and ) | |
| Local 2038 AFSCME ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 26th day of Sept., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

**FILED**

SEP 26 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE