# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| Field | Value |
|---|---|
| PLAINTIFF | D'Rayfield Kary-Khame Shipman |
| COURT CASE NUMBER | 05 cv 665 GMS |
| DEFENDANT | Yvonne Marshall (Et Al) |
| TYPE OF PROCESS | OC |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Director Human Resources

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
425 N. Market St, 3rd Fl, Wilmington, DE 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

D'Rayfield Shipman
PO Box 25322
Wilmington, DE 19899

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 9
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case    9

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302.561.5092
DATE: 1/11/06

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process:
- District of Origin No.: 15
- District to Serve No.: N
- Signature of Authorized USMS Deputy or Clerk: P/C
- Date: 05-08-06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Joyce Bolling, HR Specialist

Date of Service: 5/22/06
Time: 12:30 pm
Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

FILED MAY 23 2006 — U.S. DISTRICT COURT, DISTRICT OF DELAWARE

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)