UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-665 GMS |
| ) | |
| STATE OF DELAWARE, HAROLD ) | |
| STAFFORD, W. THOMAS MACPHERSON, ) | |
| YVONNE MARSHALL, LAVINIA MCGINTY, ) | |
| SHERRY ECKEARD, FRAN LALLY, ) | |
| MIKE BEGATTO, AFSCME LOCAL 2038, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, PERRY F. GOLDLUST, hereby certify that I served two copies of the foregoing ENTRY OF APPEARANCE, on the 23rd day of May 2006, via certified mail, return receipt requested and regular first class U.S. mail, postage prepaid, and facsimile upon the pro se plaintiff as follows:

D'Rayfield Kary Khame Shipman
P. O. Box 25322
Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
First Federal Plaza, Suite 600
702 King Street
P. O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
Attorneys for Defendant HAROLD STAFFORD, W. THOMAS MACPHERSON, YVONNE MARSHALL, LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038

DATED: May 23, 2006

Client/Council 81/1007-1267 CA04-709 GMS/Certificate of Service-Entry of Appearance