UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-665 GMS |
| ) | |
| STATE OF DELAWARE, HAROLD ) | |
| STAFFORD, W. THOMAS MACPHERSON, ) | |
| YVONNE MARSHALL, LAVINIA MCGINTY, ) | |
| SHERRY ECKEARD, FRAN LALLY, ) | |
| MIKE BEGATTO, AFSCME LOCAL 2038, ) | |
| ) | |
| Defendants. ) | |

## CORRECTED NOTICE OF ENTRY OF APPEARANCE

**PLEASE ENTER OUR APPEARANCE** as attorney for Defendants **SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO,** and **AFSCME LOCAL 2038,** in the above-captioned case. Defendants reserve the right to answer, object or otherwise plead. Please withdraw my name as the attorney for **HAROLD STAFFORD, W. THOMAS MACPHERSON, YVONNE MARSHALL, LAVINIA MCGINTY**.

ABER, GOLDLUST, BAKER & OVER

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
First Federal Plaza, Suite 600
702 King Street
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
Attorneys for Defendant SHERRY ECKEARD,
FRAN LALLY, MIKE BEGATTO, AFSCME
LOCAL 2038

DATED:  May 24, 2006

Client/Council 81/1007-1267 CA04-709 GMS/Corrected Notice of Entry of Appearance