UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 05-665 GMS |
| ) | |
| STATE OF DELAWARE, HAROLD ) | |
| STAFFORD, W. THOMAS MACPHERSON, ) | |
| YVONNE MARSHALL, LAVINIA MCGINTY, ) | |
| SHERRY ECKEARD, FRAN LALLY, ) | |
| MIKE BEGATTO, AFSCME LOCAL 2038, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, PERRY F. GOLDLUST, hereby certify that I served two copies of the foregoing **CORRECTED NOTICE OF ENTRY OF APPEARANCE**, on the 24th day of May 2006, via certified mail, return receipt requested and regular first class U.S. mail, postage prepaid, upon the pro se plaintiff as follows:

D'Rayfield Kary Khame Shipman
P. O. Box 25322
Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
First Federal Plaza, Suite 600
702 King Street
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
Attorneys for Defendants SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038

DATED: May 24, 2006