UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 05-665 GMS |
| | ) |
| STATE OF DELAWARE, HAROLD | ) |
| STAFFORD, W. THOMAS MACPHERSON, | ) |
| YVONNE MARSHALL, LAVINIA MCGINTY, | ) |
| SHERRY ECKEARD, FRAN LALLY, | ) |
| MIKE BEGATTO, AFSCME LOCAL 2038, | ) |
| | ) |
| Defendants. | ) |

_____

**DEFENDANTS SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME LOCAL 2038'S ANSWER TO PLAINTIFF'S COMPLAINT <u>UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964</u>**

**NOW COMES,** Defendants, Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038, through their attorney, Perry F. Goldlust, Esquire, who respectfully request this Court to accept their answer to Plaintiff's complaint and offer the following:

1. No response required.

2. No response required.

3. Denied as stated. Defendants Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038 are located at 296 Churchmans Road, New Castle, Delaware, 19720.

4. Denied as stated. Defendant worked for the State of Delaware, Department of Labor, which is located at 4425 N Market Street, Wilmington, Delaware, 19809.

5. Lacks information sufficient to form a belief as to the allegation contained in Paragraph 5.

6. Denied.

7. No response required.

8. No response required.

9. Lacks information sufficient to form a belief as to the allegation contained in Paragraph 9.

10. Denied.

11. Denied.

12. No response required.

13. Denied.

14. Denied.

## AFFIRMATIVE DEFENSES

15. Defendants reiterate and incorporate by reference Paragraphs 1 through 14 above, as if set forth fully herein.

16. Plaintiff's Title VII Claim fails to comply with the requirements of 42 U.S.C. §2000e-5.

17. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

18. Plaintiff's Complaint improperly names individuals under 42 U.S.C. §2000e-5.

19. The Court lacks jurisdiction over the matter where Defendant has failed to fully exhaust all administrative remedies.

**WHEREFORE**, Defendants Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038 respectfully request that the Court accept their answer to Plaintiff D'Rayfield Kary Khame Shipman's Complaint, and in the alternative request that Plaintiff's Complaint be dismissed in its entirety.

          ABER, GOLDLUST, BAKER & OVER

          /s/ PERRY F. GOLDLUST
          PERRY F. GOLDLUST (DSB #770)
          First Federal Plaza, Suite 600
          702 King Street
          P. O. Box 1675
          Wilmington, DE  19899-1675
          (302) 472-4900
          Attorneys for Defendant SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038

DATED:  May 30, 2006

Client/Council 81/2038/Shipman Case #05-665 GMS/5.30 defendants answer