IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |

## ENTRY OF APPEARANCE

To:     **Perry L. Goldlust, Esquire**          **D'Rayfield Kary Khame Shipman**
        Aber, Goldlust, Baker & Over            P.O. Box 25322
        First Federal Plaza, Suite 600          Wilmington, DE  19899
        702 King Street
        P.O. Box 1675
        Wilmington, DE  19899-1675

PLEASE TAKE NOTICE: Deputy Attorneys General Linda M. Carmichael and

Thomas H. Ellis hereby enter their appearance on behalf of the State of Delaware, W.

Thomas MacPherson and Yvonne Marshall (collectively "Certain State Defendants") in

the above captioned matter.

                            STATE OF DELAWARE
                            DEPARTMENT OF JUSTICE

                            s/s Linda M. Carmichael
                            Linda M. Carmichael, I.D. #3570
                            Thomas H. Ellis, I.D. #2586
                            Deputy Attorney General
                            Carvel State Office Building
                            820 N. French Street, 6th Floor
                            Wilmington, Delaware 19801
                            (302) 577-8400

Dated: June 5, 2006                 Attorney for Certain State
                                    Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 5, 2006, she caused the attached the Entry of Appearance to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Perry L. Goldlust, Esquire**    **D'Rayfield Kary Khame Shipman**
Aber, Goldlust, Baker & Over     P.O. Box 25322
First Federal Plaza, Suite 600     Wilmington, DE  19899
702 King Street
P.O. Box 1675
Wilmington, DE  19899-1675

    **MANNER OF DELIVERY:**
    __X__ Two true copies by first class mail, postage prepaid, to each recipient

       STATE OF DELAWARE
       DEPARTMENT OF JUSTICE

       s/s Linda M. Carmichael
       Linda M. Carmichael, I.D.#3570
       Deputy Attorney General
       Carvel State Office Building
       820 N.  French Street, 6th floor
       Wilmington, DE 19801
       (302) 577-8400

       Attorney for Certain State Defendants