IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |

## ENTRY OF APPEARANCE

To:  **Perry L. Goldlust, Esquire**      **D'Rayfield Kary Khame Shipman**
      Aber, Goldlust, Baker & Over       P.O. Box 25322
      First Federal Plaza, Suite 600      Wilmington, DE 19899
      702 King Street
      P.O. Box 1675
      Wilmington, DE 19899-1675

PLEASE TAKE NOTICE: Deputy Attorneys General Linda M. Carmichael and Thomas H. Ellis hereby enter their appearance on behalf of the State of Delaware, W. Thomas MacPherson and Yvonne Marshall (collectively "Certain State Defendants") in the above captioned matter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

s/s Linda M. Carmichael
Linda M. Carmichael, I.D. #3570
Thomas H. Ellis, I.D. #2586
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Dated: June 5, 2006                                                   Attorney for Certain State Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfiled Kary Khame Shipman )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>State of Delaware, Harold Stafford, )<br>W. Thomas MacPherson, Yvonne Marshall, )<br>Lavinia McGinty, Sherry Eckeard, )<br>Fran Lally, Mike Begatto, and Local 2038 ) | C.A. No. 05-665 (GMS) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 5, 2006, she caused the attached the Entry of Appearance to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Perry L. Goldlust, Esquire**
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
702 King Street
P.O. Box 1675
Wilmington, DE 19899-1675

**D'Rayfield Kary Khame Shipman**
P.O. Box 25322
Wilmington, DE 19899

    **MANNER OF DELIVERY:**
   __X__ Two true copies by first class mail, postage prepaid, to each recipient

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        s/s Linda M. Carmichael
        Linda M. Carmichael, I.D.#3570
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400

        Attorney for Certain State Defendants