## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-665 GMS |
| | ) | |
| STATE OF DELAWARE, HAROLD | ) | |
| STAFFORD, W. THOMAS MACPHERSON, | ) | |
| YVONNE MARSHALL, LAVINIA MCGINTY, | ) | |
| SHERRY ECKEARD, FRAN LALLY, | ) | |
| MIKE BEGATTO, AFSCME LOCAL 2038, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME LOCAL 2038'S MOTION TO DISMISS

Pursuant to F.R.C.P. 12(b)(1) and (6), Defendants, Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038, hereby move to dismiss Plaintiff's Complaint because this Court lacks jurisdiction over the subject matter and because the Complaint fails to state claims upon which relief may be granted.  The grounds for this motion are more fully set forth in Defendants' Michael Begatto, Sherry Eckeard, Francis Lally, and AFSCME Local 2038's Opening Brief in Support Of Their Motion To Dismiss, filed simultaneously herewith.

ABER, GOLDLUST, BAKER & OVER

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
First Federal Plaza, Suite 600
702 King Street
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
Attorneys for Defendant SHERRY
ECKEARD, FRAN LALLY, MIKE
BEGATTO, AFSCME LOCAL 2038

DATED: June 5, 2006