## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C. A. No. 05-665 GMS |
| | ) | |
| STATE OF DELAWARE, HAROLD | ) | |
| STAFFORD, W. THOMAS MACPHERSON, | ) | |
| YVONNE MARSHALL, LAVINIA MCGINTY, | ) | |
| SHERRY ECKEARD, FRAN LALLY, | ) | |
| MIKE BEGATTO, AFSCME LOCAL 2038, | ) | |
| | ) | |
| **Defendants.** | ) | |

## PROPOSED ORDER

At Wilmington, Delaware, this _____ day of _____ 2006,

**IT IS SO ORDERED** that plaintiff's complaint against the defendants Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038 is dismissed with prejudice for the reasons stated in the attached Motion to Dismiss and Defendants Mike Begatto, Sherry Eckeard, Fran Lally, and AFSCME Local 2038's Opening Brief in Support of Their Motion to Dismiss.

_____
                                                    J.

Client/Council 81/2038/Shipman Case #05-665 GMS/Proposed Order-Motion to Dismiss