## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>STATE OF DELAWARE, HAROLD  )<br>STAFFORD, W. THOMAS MACPHERSON,  )<br>YVONNE MARSHALL, LAVINIA MCGINTY,  )<br>SHERRY ECKEARD, FRAN LALLY,  )<br>MIKE BEGATTO, AFSCME LOCAL 2038,  )<br>  )<br>  Defendants.  ) | C. A. No. 05-665 GMS |

### CERTIFICATE OF SERVICE

I, PERRY F. GOLDLUST, hereby certify that I served a copy of the foregoing

DEFENDANTS' SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME

LOCAL 2038'S MOTION TO DISMISS, on the 5th day of June 2006, in the manner indicated

to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND**
**REGULAR FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**
    D'Rayfield Kary Khame Shipman
    P. O. Box 25322
    Wilmington, DE  19899
    Pro Se Plaintiff

**VIA EMAIL:**
    Thomas H. Ellis, Esquire
    Linda Carmichael, Esquire
    Delaware Department of Justice
    State Office Building
    820 N. French Street
    Wilmington, DE  19801
    Linda.Carmichael@state.de.us
    Thomas.Ellis@state.de.us
    Attorneys for Defendants State of Delaware,
    W. Thomas MacPherson, Yvonne Marshall

ABER, GOLDLUST, BAKER & OVER

/s/ PERRY F. GOLDLUST
PERRY F. GOLDLUST (DSB #770)
First Federal Plaza, Suite 600
702 King Street
P. O. Box 1675
Wilmington, DE  19899-1675
(302) 472-4900
Attorneys for Defendant SHERRY ECKEARD,
FRAN LALLY, MIKE BEGATTO, AFSCME
LOCAL 2038

DATED: June 5, 2006

Client/Council 81/2038/Shipman Case #05-665 GMS/Certificate of Service-Motion to Dismiss