## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, </br></br>          Plaintiff,</br></br>     v.</br></br>STATE OF DELAWARE, HAROLD STAFFORD, W. THOMAS MACPHERSON, YVONNE MARSHALL, LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038,</br></br>          Defendants. | C. A. No. 05-665 GMS |

### CERTIFICATE OF SERVICE

I, PERRY F. GOLDLUST, hereby certify that I served a copy of the foregoing DEFENDANTS' SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME LOCAL 2038'S OPENING BRIEF IN SUPPORT OF MOTION TO DISMISS, on the 5th day of June 2006, in the manner indicated to the following:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND REGULAR FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**
    D'Rayfield Kary Khame Shipman
    P. O. Box 25322
    Wilmington, DE  19899
    Pro Se Plaintiff

**VIA EMAIL:**
    Thomas H. Ellis, Esquire
    Linda Carmichael, Esquire
    Delaware Department of Justice
    State Office Building
    820 N. French Street
    Wilmington, DE  19801
    Linda.Carmichael@state.de.us
    Thomas.Ellis@state.de.us
    Attorneys for Defendants State of Delaware,
    W. Thomas MacPherson, Yvonne Marshall

                                      ABER, GOLDLUST, BAKER & OVER

                                      /s/ PERRY F. GOLDLUST
                                      PERRY F. GOLDLUST (DSB #770)
                                      First Federal Plaza, Suite 600
                                      702 King Street
                                      P. O. Box 1675
                                      Wilmington, DE  19899-1675
                                      (302) 472-4900
                                      Attorneys for Defendant SHERRY ECKEARD,
                                      FRAN LALLY, MIKE BEGATTO, AFSCME
                                      LOCAL 2038

DATED:  June 5, 2006