IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfield Kary Khame Shipman )<br>)<br>       Plaintiff, )<br>)<br>  v. )<br>)<br>State of Delaware, Harold Stafford, )<br>W. Thomas MacPherson, Yvonne Marshall, )<br>Lavinia McGinty, Sherry Eckeard, )<br>Fran Lally, Mike Begatto, and Local 2038 )<br>AFSCME, )<br>)<br>       Defendants. ) | C.A. No. 05-665 (GMS) |

**DEFENDANT STATE OF DELAWARE'S ANSWER
TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES**

      The Defendant, State of Delaware ("Answering Defendant"), by and through its counsel, Deputy Attorneys General Linda M. Carmichael and Thomas H. Ellis, hereby answers the complaint as follows:

      1.     This paragraph contains a series of legal conclusions for which no response is required.

      2.     Answering Defendant is without sufficient information to form a belief as to the truth of this paragraph.

      3.     Denied as written. State of Delaware's Department of Labor has an office at 4425 N. Market Street, Wilmington, DE 19809.

      4.     Denied as written. Answering Defendant denies any discriminatory conduct occurred in connection with the Plaintiff's employment at, or application to be employed at the State of Delaware, Department of Labor, 4425 N. Market Street, Wilmington, DE 19809.

5.Denied as written.  Answering Defendant denies any discriminatory actions against the Plaintiff during the course of his employment at the Department of Labor.

6.Denied.

7.Admitted that Plaintiff filed a Charge of Discrimination with the Delaware Department of Labor on March 15, 2005, #170-2005-01222 ("Charge of Discrimination"), Denied that the Charge of Discrimination alleges discriminatory conduct on July 18, 2005.

8.Denied.  Plaintiff has filed three (3) Charges of Discrimination with the Delaware Department of Labor:  (1) EEOC #17C-2003-00546 filed July 10, 2003; (2) EEOC #17C-004-00700 filed September 14, 2004; and (3) EEOC# 17O-2005-01222 filed March 15, 2005.

9.Admitted that the Equal Employment Opportunity Commission ("EEOC") issued the Notice of Right to Sue filed with the complaint, as to the remainder of the allegations contained in Paragraph 9, Answering Defendant is without sufficient information to form a belief as to their truth.

10.Denied.

11.Denied.

12.Denied as written.  No copy of the charges filed with the EEOC was attached to or filed with the complaint.

13.This Paragraph states a legal argument/conclusion that does not require a response, to the extent that a response if required it is denied in its entirety.

14. This Paragraph states a legal argument/conclusion that does not require a response, to the extent that a response if required it is denied in its entirety.

## AFFIRMATIVE DEFENSES

The following defenses and affirmative defenses are set forth without admission of liability or improper conduct as to the Answering Defendant and/or the Answering Defendant's agents or employees:

### FIRST DEFENSE

15. This matter is barred by the Eleventh Amendment of the U.S. Constitution.

### SECOND DEFENSE

16. The Court lacks original jurisdiction pursuant to Art. III, § 2 of the U.S. Constitution.

### THIRD DEFENSE

17. The complaint fails to state a legal claim for which relief could be granted.

### FOURTH DEFENSE

18. The complaint should be dismissed, in whole or in part, for Plaintiff's failure to exhaust administrative remedies.

### FIFTH DEFENSE

19. Plaintiff's claims, in whole or in part, are barred by the appropriate statute of limitations or repose.

### SIXTH DEFENSE

20. The Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by the Answering Defendant.

**SEVENTH DEFENSE**

21.     The Plaintiff has failed to mitigate his alleged damages.

**EIGHTH DEFENSE**

22.     To the extent they are sued in their individual capacities, the individual defendants are immunity suit under Title VII, 42 U.S.C. § 20003-2.

**NINTH DEFENSE**

23.     The Agreement between the American Federation of State, County and Municipal Employees, AFL-CIO Council 81, Local 2038 ("Union"), the Plaintiff's Union and the Answering Defendant, upon which the complaint is based, requires arbitration of disputes.  Accordingly, the Federal Arbitration Act mandates that the parties be compelled to arbitrate those disputes in accordance with the arbitration provisions as set forth in the Union agreement, and therefore this action should be dismissed.

**TENTH DEFENSE**

24.     The complaint should be dismissed for insufficiency of process.

**ELEVENTH DEFENSE**

25.     The complaint should be dismissed for insufficiency of service of process.

**WHEREFORE**, Answering Defendant demands that judgment be entered in its favor as to all claims and against the Plaintiff as to all claims, alternative, that this action be dismissed and that attorney fees be awarded to the Answering Defendant.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

s/s Linda M. Carmichael
Linda M. Carmichael, I.D. #3570
Thomas H. Ellis, I.D. #2586
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Dated: June 6, 2006

Attorney for Answering Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfield Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 6, 2006, she caused the attached the

**DEFENDANT STATE OF DELAWARE'S ANSWER TO PLAINTIFF'S**

**COMPLAINT WITH AFFIRMATIVE DEFENSES** to be delivered to the following

person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Perry L. Goldlust, Esquire**            **D'Rayfield Kary Khame Shipman**
Aber, Goldlust, Baker & Over              P.O. Box 25322
First Federal Plaza, Suite 600            Wilmington, DE  19899
702 King Street
P.O. Box 1675
Wilmington, DE  19899-1675

**MANNER OF DELIVERY:**
  X   Two true copies by first class mail, postage prepaid, to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

s/s Linda M. Carmichael
Linda M. Carmichael, I.D.#3570
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorneys for Answering Defendant