IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |
| AFSCME, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS W. THOMAS MACPHERSON AND
YVONNE MARSHALL'S MOTION TO DISMISS COMPLAINT**

Defendants W. Thomas MacPherson and Yvonne Marshall's ("Certain State Defendants"), by and through their counsel, hereby move this Honorable Court to enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Certain State Defendants' Opening Brief in Support of Motion to Dismiss.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    <u>s/s Linda M. Carmichael</u>
    Linda M. Carmichael, I.D. #3570
    Thomas H. Ellis, I.D. #2586
    Deputy Attorney General
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    Attorney for State of Delaware,
    Department of Correction

Dated: June 12, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |
| AFSCME, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington, Delaware, this _____ day of _____, 2006,

IT IS SO ORDERED that Plaintiff's Complaint against Defendants W. Thomas MacPherson and Yvonne Marshall, is dismissed with prejudice for the reasons stated in the attached Motion to Dismiss and Certain State Defendants' Opening Brief in Support of Their Motion to Dismiss.

_____
United States District Court Judge
Gregory M. Sleet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfiled Kary Khame Shipman ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-665 (GMS) |
| ) | |
| State of Delaware, Harold Stafford, ) | |
| W. Thomas MacPherson, Yvonne Marshall, ) | |
| Lavinia McGinty, Sherry Eckeard, ) | |
| Fran Lally, Mike Begatto, and Local 2038 ) | |
| AFSCME, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 12, 2006, she caused the attached **DEFENDANTS W. THOMAS MACPHERSON AND YVONNE MARSHALL'S MOTION TO DISMISS COMPLAINT** to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Perry L. Goldlust, Esquire**
Aber, Goldlust, Baker & Over
First Federal Plaza, Suite 600
702 King Street
P.O. Box 1675
Wilmington, DE  19899-1675

**D'Rayfield Kary Khame Shipman**
P.O. Box 25322
Wilmington, DE  19899

**MANNER OF DELIVERY:**

  X   Two true copies by first class mail, postage prepaid, to each recipient

STATE OF DELAWARE
DEPARTMENT OF JUSTICE
s/s Linda M. Carmichael
Linda M. Carmichael, I.D.#3570
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Certain State Defendants