# EXHIBIT 1

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 170-2005-01222

Delaware Department Of Labor — and EEOC
*State or local Agency, if any*

| Field | Value |
|---|---|
| Name | Mr. D'Rayfield K. Shipman |
| Home Phone No. | (302) 656-1364 |
| Date of Birth | 02-23-1958 |
| Street Address | P. O. Box 25322 Wilmington, DE 19899 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| DELAWARE DEPT. OF LABOR | 101 - 200 | (302) 761-8446 |

Street Address: 4425 N. Market Street, Wilmington, DE 19809

DISCRIMINATION BASED ON: [ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-10-2005   Latest: 02-10-2005
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began working for Respondent in April of 2002, as an Unemployment Claims Processor. In September of 2004, I filed a charge of race and sex discrimination (17CA400700) with the EEOC. Since that time, my job has threatened by Thomas McPherson (Director of Unemployment Insurance) and Yvonne Marshall (Human Resources Manager). They told me that if I did not withdraw the EEOC complaint, I would be discharged. As a result of this treatment, I took a Family Medical Leave (FMLA) on January 26, 2005. On February 15, 2005, I received written notification that I had been discharged.

II. Mr. McPherson indicated that I was being terminated because I did not attend a meeting on February 8, 2005.

III. I believe that I have been retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended, when I was discharged from my position after I filed a complaint of discrimination with the EEOC.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Mar 15, 2005   Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)