UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUN -9  PM 3:38
```

D' RAYFIELD KARY KHAME SHIPMAN
    Plaintiff

v.                                    C. A. No. 05-665 GMS

STATE OF DELAWARE, HAROLD STAFFORD,
W. THOMAS MACPHERSON, YVONNE MARSHALL,
LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY,
MIKE BEGATTO, AFSCME LOCAL 2038

    Defendants.

## MOTION TO CHANGE JURISDICTION

*DUE TO A CONFLICT OF INTEREST, A MOTION IS HEREBY SOUGHT DUE TO THE STATE ATTORNEY BEING A DEFENDANT, AND REQUEST FOR COUNSEL NOT PROVIDED AS REQUESTED IN ORIGINAL COMPLAINT. IT IS REQUESTED THAT THIS MATTER BE HEARD IN STATE OF PENNSYLVANIA, THAT INVESTIGATED THE EEOC COMPLAINT, IN THE CITY OF PHILADELPHIA.*

                                      /s/ D' Rayfield Shipman
                                      D' RAYFIELD SHIPMAN
                                      P O BOX 25322
                                      WILMINGTON, DE 19899
                                      302.561.5092

DATED JUNE 7, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

D' RAYFIELD KARY KHAME SHIPMAN
      Plaintiff

v.                                  C. A. No. 05-665 GMS

STATE OF DELAWARE, HAROLD STAFFORD,
W. THOMAS MACPHERSON, YVONNE MARSHALL,
LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY,
MIKE BEGATTO, AFSCME LOCAL 2038

      Defendants.

CERTIFICATE OF SERVICE

I, D' RAYFIELD KARY-KHAME SHIPMAN, hereby certify that I served a copy of the foregoing, PLAINTIFF D' RAYFIELD KARY-KHAME SHIPMAN, MOTION FOR CHANGE OF JURISDICTION TO ATTORNEY, FOR DEFENDANTS, SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME LOCAL 2038, ON THE 7TH DAY OF JUNE 20006, IN THE MANNER INDICATED TO THE FOLLOWING.

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND
REGULAR FIRST CLASS U.S. MAIL, WITH PROPER POSTAGE;

PERRY F. GOLDLUST
First Federal Plaza, Suite 600
702 King Street
P O Box 1675
Wilmington, DE 19899

                                  D' RAYFIELD SHIPMAN
                                  P O BOX 25322
                                  WILMINGTON, DE 19899
                                  302.561.5092

DATED JUNE 7, 2006

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

D' RAYFIELD KARY KHAME SHIPMAN
    Plaintiff

v.                         C. A. No. 05-665 GMS

STATE OF DELAWARE, HAROLD STAFFORD,
W. THOMAS MACPHERSON, YVONNE MARSHALL,
LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY,
MIKE BEGATTO, AFSCME LOCAL 2038

    Defendants.

## CERTIFICATE OF SERVICE

I, D' RAYFIELD KARY-KHAME SHIPMAN, hereby certify that I served a copy of the foregoing, PLAINTIFF D' RAYFIELD KARY-KHAME SHIPMAN, MOTION FOR CHANGE OF JURISDICTION TO ATTORNEY, FOR DEFENDANTS, W. THOMAS MACHPERSON, YVONNE MARSHALL, LAVINIA MCGINTY, HAROLD STAFFORD, ON THE 7TH DAY OF JUNE 20006, IN THE MANNER INDICATED TO THE FOLLOWING.

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND
REGULAR FIRST CLASS U.S. MAIL, WITH PROPER POSTAGE;

LINDA M. CARMICHAEL, THOMAS H. ELLIS
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH ST, 6TH FLOOR
WILMINGTON, DE 19801

JUNE 7, 2006

*[signature]*

D' RAYFIELD SHIPMAN
P O BOX 25322
WILMINGTON, DE 19899
302.561.5092