IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfiled Kary Khame Shipman ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-665 (GMS) |
| ) | |
| State of Delaware, Harold Stafford, ) | |
| W. Thomas MacPherson, Yvonne Marshall, ) | |
| Lavinia McGinty, Sherry Eckeard, ) | |
| Fran Lally, Mike Begatto, and Local 2038 ) | |
| AFSCME, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS STATE OF DELAWARE'S, W. THOMAS MCPHERSON'S
AND YVONNE MARSHALL'S RESPONSE TO PLAINTIFF'S
<u>MOTION TO "CHANGE JURISDICTION"</u>**

1. Defendants State of Delaware, W. Thomas MacPherson, and Yvonne Marshall assume for the purpose of responding to the Plaintiff's motion that what he is in fact requesting is a change of venue pursuant to 28 U.S.C. §1404 (a) rather than a change of "jurisdiction."

2. Generally, the purpose of statutorily specified venue, here 28 U.S.C. §1391, is to protect the <u>defendant</u> against the risk that a plaintiff will select an unfair or inconvenient place of trial. Venue, like personal jurisdiction, is a personal privilege of the defendant. *Leroy v. Great Western United Corp.*, 443 U.S. 173, 180, 183-84 (1979) (emphasis in original).

3. Despite the foregoing paragraph's general proposition, most courts have accepted the view the 28 U.S.C. §1404 (a) is available to a plaintiff as well as to a defendant and that a plaintiff may, in appropriate circumstances, request a change of

venue for his convenience. *Advocat v. Nexus Industries, Inc.*, 497 F. Supp. 328 (D. Del. 1980).

4. Instantly, Plaintiff advances his request for transfer to a Pennsylvania forum based solely on an alleged but unspecified conflict of interest on the part of the "state attorney." Neither of the undersigned Deputies Attorney General representing the State of Delaware and its officials, employees past or present, has ever represented Plaintiff in any matter whatsoever. Indeed, Mr. Ellis represented the State of Delaware Division of Unemployment Insurance in responding to Plaintiff's charge of discrimination before the Equal Employment Opportunity Commission which preceded this litigation. Moreover, contrary to the Plaintiff's contention, neither the Attorney General of the State of Delaware nor the undersigned Deputies Attorney General are defendants in this matter.

5. As a matter of convenience, since the parties reside in Delaware, and the actions about which Plaintiff complains took place in Delaware, and since Plaintiff has advanced no legitimate basis for a transfer, this Court should refuse to grant Plaintiff's motion for change of venue.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**
s/s Thomas H. Ellis
Thomas H. Ellis, I.D. #2586
Linda M. Carmichael, I.D. #3570
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400

Attorney for State of Delaware,
W. Thomas MacPherson, and
Yvonne Marshall

DATE:   June 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'Rayfiled Kary Khame Shipman | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-665 (GMS) |
| | ) | |
| State of Delaware, Harold Stafford, | ) | |
| W. Thomas MacPherson, Yvonne Marshall, | ) | |
| Lavinia McGinty, Sherry Eckeard, | ) | |
| Fran Lally, Mike Begatto, and Local 2038 | ) | |
| AFSCME, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

**AND NOW**, this _____ day of _____, 2006, Plaintiff's Motion to Change Jurisdiction (venue) is hereby denied.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'Rayfiled Kary Khame Shipman ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-665 (GMS) |
| ) | |
| State of Delaware, Harold Stafford, ) | |
| W. Thomas MacPherson, Yvonne Marshall, ) | |
| Lavinia McGinty, Sherry Eckeard, ) | |
| Fran Lally, Mike Begatto, and Local 2038 ) | |
| AFSCME, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on June 21, 2006, he caused the attached Defendants State of Delaware's, W. Thomas MacPherson's and Yvonne Marshall's Response to the Plaintiff's Motion to "Change Jurisdiction" to be delivered to the following person(s) in the form and manner indicated:

**Perry L. Goldlust, Esquire**              **D'Rayfield Kary Khame Shipman**
Aber, Goldlust, Baker & Over                P.O. Box 25322
First Federal Plaza, Suite 600              Wilmington, DE  19899
702 King Street
P.O. Box 1675
Wilmington, DE  19899-1675

      **MANNER OF DELIVERY:**

X    Two true copies by fist class mail, postage prepaid to each recipient

      **STATE OF DELAWARE**
      **DEPARTMENT OF JUSTICE**
      s/s Thomas H. Ellis
      Thomas H. Ellis, I.D.#2586
      Linda M. Carmichael, I.D.#3570
      Deputy Attorney General
      Carvel State Office Building
      820 N. French Street, 6th floor
      Wilmington, DE 19801
      (302) 577-8400
      Attorney for State of Delaware,
      W. Thomas MacPherson, and
      Yvonne Marshall

Case 1:05-cv-00665-GMS    Document 26    Filed 06/21/2006    Page 5 of 5