## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 05-665 GMS ) |
| STATE OF DELAWARE, HAROLD STAFFORD, W. THOMAS MACPHERSON, YVONNE MARSHALL, LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038, | ) ) ) ) ) ) |
| Defendants. | ) |

### **PROPOSED ORDER**

AND NOW, TO WIT, this _____ day of _____ 2006, Plaintiff's Motion to Change Jurisdiction (Venue) is hereby denied.

_____
J.

Client/Council 81/2038/Shipman Case #05-665 GMS/Proposed Order-Response to Motion for Change of Venue