## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE, HAROLD )<br>STAFFORD, W. THOMAS MACPHERSON, )<br>YVONNE MARSHALL, LAVINIA MCGINTY, )<br>SHERRY ECKEARD, FRAN LALLY, )<br>MIKE BEGATTO, AFSCME LOCAL 2038, )<br>)<br>Defendants. ) | C. A. No. 05-665 GMS |

## CORRECTED CERTIFICATE OF SERVICE

I, PERRY F. GOLDLUST, hereby certify that two copies of the foregoing

**DEFENDANTS' SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AND AFSCME LOCAL 2038'S RESPONSE TO PLAINTIFF'S MOTION FOR CHANGE OF JURISDICTION (VENUE)**, were served on the 22nd day of June 2006, to the following in the manner stated:

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AND**
**REGULAR FIRST CLASS U.S. MAIL, POSTAGE PREPAID:**
    D'Rayfield Kary Khame Shipman
    P. O. Box 25322
    Wilmington, DE  19899

**VIA ELECTRONIC MAIL & HAND DELIVERY:**
    Linda M. Carmichael, Esquire
    Thomas H. Ellis, Esquire
    Deputy Attorney General
    Carvel State Office Building
    820 North French Street
    Wilmington, DE 19801

        ABER, GOLDLUST, BAKER & OVER

        /s/ PERRY F. GOLDLUST
        PERRY F. GOLDLUST (DSB #770)
        First Federal Plaza, Suite 600
        702 King Street
        P. O. Box 1675
        Wilmington, DE  19899-1675
        (302) 472-4900
        Attorneys for Defendant HAROLD STAFFORD, W. THOMAS MACPHERSON, YVONNE MARSHALL, LAVINIA MCGINTY, SHERRY ECKEARD, FRAN LALLY, MIKE BEGATTO, AFSCME LOCAL 2038

DATED:  June 21, 2006