IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'RAYFIELD KARY KHAME            :
SHIPMAN
                                 :
     Plaintiff
                                 :

v.                               : Civil Action No. 05-665 GMS

STATE OF DELAWARE, et al.        :

     Defendants               :

## ORDER

WHEREAS, on September 13, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 30, 2006, an answer to the complaint was filed on behalf of the defendants Mike Begatto, Local 2039 AFSCME, Sherry Eckeard, and Fran Lally (D.I. 17);

WHEREAS, on June 5, 2006, a motion to dismiss the complaint for lack of jurisdiction over the subject matter and failure to state a claim was filed by he defendants Mike Begatto, Local 2038 AFSCME, Sherry Eckeard, and Fran Lally (D.I. 20);

WHEREAS, on June 6, 2006, an answer to the complaint was filed by the State of Delaware (D.I. 22);

WHEREAS, on June 12, 2006, a motion to dismiss for failure to state a claim and for lack of jurisdiction over the subject matter was filed by the defendants W. Thomas MacPherson and Yvonne Marshall (D.I. 23);

WHEREAS, as of today date, the plaintiff has failed to respond to the defendants' motions to dismiss.

IT IS HEREBY ORDERED that:

The defendant will respond to the defendants' motions to dismiss within 10 days of the date of this Order. Failure to comply with the court's Order could result in dismissal of this case, without prejudice.

July __17__, 2006

_____
UNITED STATES DISTRICT JUDGE