IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 25  PM 12: 50

D'Rayfield Kary Khame Shipman

    Plaintiff,

                              C.A. No. 05-665 (GMS)

State of Delaware, Harold Stafford,
W. Thomas MacPherson, Yvonne Marshall,
Lavinia McGinty, Sherry Eckeard, Fran Lally,
Mike Begatto, and Local 2038 AFSCME

**PLAINTIFF, D'RAYFIELD KARY-KHAME SHIPMAN, OPENING BRIEF IN REPLY TO DEFENDANTS W. THOMAS MACPHERSON & YVONNE MARSHALL'S MOTION TO DISMISS**

+ ALL OTHERS, ETAL

*[signature]*

**D'RAYFIELD KARY-KHAME SHIPMAN**
**P O BOX 25322**
**WILMINGTON, DE  19899**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'Rayfield Kary Khame Shipman

       Plaintiff,

                                        C.A. No. 05-665 (GMS)

State of Delaware, Harold Stafford,
W. Thomas MacPherson, Yvonne Marshall,
Lavinia McGinty, Sherry Eckeard, Fran Lally,
Mike Begatto, and Local 2038 AFSCME

### REPLY TO W. THOMAS MACPHERSON AND YVONNE MARSHALL'S MOTION TO DISMISS, ALONG WITH ALL OTHERS INVOLVED THIS ACTION.

Plaintiff, D'Rayfield Kary-Khame Shipman now comes before this Court asking that this

Matter be transferred to the Philadelphia District Court due to a Conflict of Interest as

Stated in earlier Action filed with this Court. I'm praying this Court will alow this

Matter to be heard in a Neutral Forum, and that Counsel be Appointed by this Court

To Assist Plaintiff with Proper Procedures, and handling of all this involved in same.

                                                                 _/s/ D'Rayfield Kary-Khame Shipman_
                                                                  **D'Rayfield Kary-Khame Shipman**
                                                                  **Plaintiff**
                                                                  **P O Box 25322**
                                                                  **Wilmington, DE 19899**
                                                                  **302.561.5092**

July 24, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'Rayfield Kary Khame Shipman

       Plaintiff,

                                         C.A. No. 05-665 (GMS)

State of Delaware, Harold Stafford,
W. Thomas MacPherson, Yvonne Marshall,
Lavinia McGinty, Sherry Eckeard, Fran Lally,
Mike Begatto, and Local 2038 AFSCME

## PLAINTIFF, D'RAYFIELD KARY-KHAME SHIPMAN, OPENING BRIEF IN REPLY TO DEFENDANTS W. THOMAS MACPHERSON & YVONNE MARSHALL'S MOTION TO DISMISS

I'm Asking that this Court allow this matter to proceed before a Jury Trial. Mr. W.Thomas MacPherson, and Yvonne Marshall have without a doubt caused harm to the Plaintiff over several years during his employment with the State of Delaware. Ms Marshall, delivered the letter from Mr. Harold Stafford, who was "officially" no longer a State of Delaware employee, the following day after his tenure as Secretary of Labor.

Ms Lavinia McGinty, along with with Union President, Sherri Eckeard also was involved in these discriminatory practices. Fran Lally, through Local 2038 failed to adequately represent and support me during these biased hearings and appellate procedures. Mike Begatto, The Executive sat idly through my calls for help as well.

I was sent a letter of termination from the State of Delaware, while out on FMLA, and on advice from my Physician not to return to my place of employment.

Although I have sought assistance from dozens of Attorneys in the State of Delaware to no avail, and whereas, the State of Delaware have all the Attorneys from the Attorney General on down, I feel it only proper this matter be handled in another forum.

I was not aware I even had to reply to the "Motion to Dismiss", as I was under the impression, I was entitled to a day in Court before my "Peers". Ms McGinty is still

an employee of the State of Delaware, she just has been transferred to another location. I feel the Notice for Mr. Harold Stafford, and Ms Lavinia McGinty, should have been received by Ms Marshall, as she has access to their locations. However, she failed to acknowledge receipt of same.

Ms Sherry Eckeard, untruthfully answered the affidavit in which she replied she did not inform me she would see to it that I was terminated.

All Administrative Remedies have been exhausted, as the EEOC informed me that they would look into handling of this complaint, to which this day they have not, and that they do not file lawsuits against States for Individuals.

Initially on filing on this matter Attorney was asked to be appointed for proper handling and to this date, I have not been afforded same.

I asking that this matter be allowed to go forth with Counsel Appointed, or time be allowed to obtain same, and this matter be transferred to the State of Pennsylvania in the City of Philadelphia, to avoid of Conflict of Interest.

D'Rayfield Kary-Khame Shipman
P O Box 25322
Wilmington, DE 19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'Rayfield Kary Khame Shipman

       Plaintiff,

                             C.A. No. 05-665 (GMS)

State of Delaware, Harold Stafford,
W. Thomas MacPherson, Yvonne Marshall,
Lavinia McGinty, Sherry Eckeard, Fran Lally,
Mike Begatto, and Local 2038 AFSCME

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on July 24, 2006, he caused the attached Reply to Defendants W. Thomas MacPherson, and Sherry Eckeard Motion to Dismiss Complaint to be delivered to the following persons via First Class U. S. Mail.

Perry Goldlust, Esq.
Aber Goldlust Baker & Over
First Federal Plaza Ste 600
702 King St
P O Box 1675
Wilmington, DE 19899

State of Delaware
Department of Justice
Linda Carmichael & Thomas Ellis
Carvel Office Building
820 N French St, 6th Floor
Wilmington, DE 19801

_/s/ D'Rayfield Kary-Khame_
D'Rayfield Kary-Khame Shipman
Post Office Box 25322
Wilmington, DE 19899