


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:                                  July 31, 2006

**VIA Hand Delivery and Electronic Filing**
The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Lock Box 19
Wilmington, Delaware 19801

      RE:   Shipman v. State of Delaware, W. Thomas MacPherson, et al
             C.A. No. 05-665 GMS

Dear Your Honor:

    After reviewing Plaintiff's response to Defendants' Motion to Dismiss and after conferring with counsel for co-defendants, all Defendants determined not to file a reply brief.

    However, if the Court deems it beneficial, Defendants would be available for oral argument.

                                  Respectfully,

                                  Linda M. Carmichael
                                  Deputy Attorney General

cc:   D'Rayfield Kary-Khame Shipman
       Perry F. Goldlust, Esq.
       Thomas Ellis, DAG