July 26, 2006

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG -1  PM 2: 31

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

                Re: D'Rayfield Kary-Khame Shipman
                   v. State of Delaware, W. Thomas MacPherson,
                   Yvonne Marshall, Harold Stafford, Sherry Eckeard,
                   Lavinia McGinty, Fran Lally, Mike Begatto, Local
2038
                C. A. No 05-665 GMJ

Dear Honorable Judge Sleet:

When I initially filed the above action, I requested Counsel be Appointed to assist me as I knew that this would be a tremendous matter to handle alone.

I have tried unsuccessfully to obtain an Attorney here in the Delaware, and I'm currently still hoping to have some success with your intervention.

Would you please appoint an Attorney to assist me with this matter. I'm still hopeful this matter will be eventually transferred to the State of Pennsylvania, in the City of Philadelphia.

Thanks in advance for your consideration of this request.

D'Rayfield Kary-Khame Shipman
Plaintiff

cc: Perry F. Goldlust, Esq
     Attorney General, State of DE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG -1  PM 2:31

WILMINGTON DE 197
26 JUL 2006 PM 1 L

P O Box 25322
Wilm DE 19655

The Honorable Gregory M. Sleet
United States District Court
844 N King St
Lock Box 19
Wilm DE