IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, *pro se* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-665 |
| STATE OF DELAWARE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### ORDER TO SHOW CAUSE

WHEREAS, on September 13, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 23, 2006, USM 285 forms were returned unexecuted as to the defendants Harold Stafford and Lavinia McGinty (D.I. Nos. 13 and 14).

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this order, as to why the above-captioned case should not be dismissed as to the defendants Harold Stafford and Lavinia McGinty, without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

February __5__, 2007

UNITED STATES DISTRICT JUDGE



FILED

FEB - 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE