IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'RAYFIELD KARY           }
                          }
                          }   Civil Action No. 05-665
                          }
                          }
                          }
                          }

KHAME SHIPMAN, pro se

    Plaintiff

v.

STATE OF DELAWARE, et al

    Defendants

### RESPONSE TO ORDER TO SHOW CAUSE

WHEREAS, on September 13, 2005, a complaint was filed in the above captioned case, (D.I. 2);

WHEREAS, on May 23, 2006, USM forms were returned unexecuted as to the defendants Harold Stafford, and Lavinia McGinty, (D.I. 13 and 14)

Plaintiff reply is that while Harold Stafford, had left employment with the State of Delaware upon my receipt of his letter of recommendation of termination, which was hand delivered by the Director of Human Resources, Yvonne Marshall. Plaintiff states that Yvonne Marshall should have acknowledged receipt of USM 285 for Harold Stafford. Secondly, while Yvonne Marshall, misled the Court that Lavinia McGinty was no longer an employee of the State of Delaware, through chance, Plaintiff has discovered that she is now transferred to another State Entity, located at 1801 DuPont Hwy, New Castle, DE, 19720. Yvonne Marshall, being duly aware of the locations of both these individuals, should have acknowledged receipt of both USM 285 forms.

Plaintiff, requested Counsel to be appointed by Court and have inquired on several occasions as to whether this would be granted is relying solely on what he is discovering through trial and error. Plaintiff therefore, prays the Court will reserve USM 285 forms to Yvonne Marshall with instructions to place in hands of defendants not served.

Respectfully submitted this 15th day of February, 2007.

*[signature]*

D'Rayfield Kary-Khame Shipman
P O Box 25322
Wilmington, DE  19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'RAYFIELD KARY    }
                   }
                   }   Civil Action No. 05-665
                   }
                   }
                   }
                   }
                   }

KHAME SHIPMAN, pro se

　　Plaintiff

　v.

STATE OF DELAWARE, et al

　　Defendants

CERTIFICATE OF SERVICE   *820 N French ST   Linda*
*WILM DE*   *Carmichee*

I certify that a copy of this document has been provided to
the Attorney General for State of Delaware and Attorney for other   *Thomas*
parties involved in this action.   *Ellis*

*+ Perry Goldlust*

Respectfully submitted this 15th day of February, 2007.

*702 King ST   Hand Delivered*
*WILM DE*

D'Rayfield Kary-Khame Shipman
P O Box 25322
Wilmington, DE 19899