IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'RAYFIELD KARY<br>KHAME SHIPMAN, *pro se* | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action No. 05-665 |
| STATE OF DELAWARE, *et al.*, | )<br>)<br>) | |
| Defendants. | ) | |

FILED
FEB 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

WHEREAS, on September 13, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 23, 2006, USM 285 forms were returned unexecuted as to the defendants Harold Stafford and Lavinia McGinty (D.I. Nos. 13 and 14);

WHEREAS, on February 5, 2007, an Order was issued directing the plaintiff to show good cause why the defendants Stafford and McGinty should not be dismissed for failure to effect service (D.I. 34);

WHEREAS, on February 15, 2007, a response to the Order to Show Cause was filed by the plaintiff (D.I. 35).

IT IS HEREBY ORDERED that:

The plaintiff will have 30 days from the date of this Order to effect service upon the defendants Harold Stafford and Lavinia McGinty. Failure to serve these defendants within the required time will result in their dismissal, without further notice. No further extensions will be granted.

February __16__, 2007

_____
UNITED STATES DISTRICT JUDGE