IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN, *pro se* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-665 |
| STATE OF DELAWARE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on September 13, 2005, a complaint was filed in the above-captioned case (D.I. 2);

WHEREAS, on May 23, 2006, USM 285 forms were returned unexecuted as to the defendants Harold Stafford and Lavinia McGinty (D.I. Nos. 13 and 14).

WHEREAS, on February 5, 2007, an Order was issued directing the plaintiff to show good cause why the defendants Stafford and McGinty should not be dismissed for failure to effect service (D.I. 34);

WHEREAS, on February 15, 2007, a response to the Order to Show Cause was filed by the plaintiff (D.I. 35);

WHEREAS, on February 16, 2007, a further Order was issued advising the plaintiff that the defendants Harold Stafford and Lavinia McGinty would be dismissed, without further notice, unless service was effected within 30 days (D.I. 36);

WHEREAS, to date, the court's docket reflects that the plaintiff has not effected service on the above-named defendants.

IT IS HEREBY ORDERED that:

The above-named defendants Harold Stafford and Lavinia McGinty are DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

March __27__, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED

MAR 28 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE