IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

D'RAYFIELD KARY                              }
KHAME SHIPMAN, pro se                        }          Civil Action No 05-665
                                             }
        Plaintiff                            }
                                             }
                                             }
v

STATE OF DELAWARE, et al

        Defendants

Whereas, Plaintiff received order dated February 16, 2007, mandating that USM 285 forms be reserved on Defendants, Lavinia McGinty and Harold Stafford, for which initially was sent to last place of employment and refused by Director of Human Resources, Yvonne Marshall, Plaintiff feels this is beyond his control. However, after exhaustive search of available records, Plaintiff did reserve Defendants in allotted time frame as directed by Court.

Whereas, on several occasions, Plaintiff has petitioned Court for Court Appointed Attorney and has not received a response after several attempts, Plaintiff would like clarification of whether or not this is feasible?

Whereas, on March 16, 2007, Plaintiff returned USM 285 back to Court with addresses through further investigative search, within the thirty day period, and was told by Clerk of Court that he had applied to all instructions set by Court, Plaintiff request clarification of Order issued on March 28, 2007.

30th day of March, 2007.

D'Rayfield Shipman
P O Box 25322
Wilmington, DE  19899
302.384.8036