IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| D'RAYFIELD KARY KHAME SHIPMAN | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. 05-665 GMS |
| | ) |
| STATE OF DELAWARE, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on September 13, 2005, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 2);

WHEREAS, on March 28, 2007, the defendants Harold Stafford and lavinia McGinty were dismissed for failure to effect service (D.I. 37);

WHEREAS, on August 6, 2007, the court issued a Memorandum and Order granting in part and denying in part (D.I. 23) Motion to Dismiss, denying (D.I. 25) Motion to Change Venue, and denying in part and granting in part (D.I. 20) Motion to Dismiss for Lack of Jurisdiction (D.I. 39);

WHEREAS, on August 7, 2007, the court issued an Amended Memorandum and Order (D.I. 40);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2.  If the plaintiff fails to show cause, in writing, within thirty (30) days, this case shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.



CHIEF UNITED STATES DISTRICT JUDGE

April __24__, 2008

FILED

APR 2 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE