IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


D'RAYFIELD KARY-KHAME
SHIPMAN

        Plaintiff,


                        Civil Action No. 05-665 GMS

    V/

STATE OF DELAWARE, et al.

        Defendants…


## MOTION

Whereas, since September 2005, the Plaintiff has anxiously awaited direction by court for this matter to proceed before a jury of his peers, and having encountered several instances where matters have fallen through the systems of no fault of Plaintiff, he is still awaiting continuance of this matter.

Whereas Plaintiff did affect service on Defendants, Harold Stafford and Lavinia McGinty within time frame allocated by court and reflected accordingly on docket of Clerk of Court.

Whereas, the Plaintiff requested to have this matter transferred out of the hands of the District Court for the State of Delaware due to conflict of interest claimed by all Attorneys contacted and

influence of local State of Delaware, Attorney's General's locally to no avail.

Whereas, Plaintiff is under the impression that per Clerk of Court that this matter was proceeding according to normal process of the U. S. District Court for the District of Delaware.

Whereas the Plaintiff is still in the process of actively seeking counsel to assist with this matter before a jury trial.

Whereas, the Plaintiff has done everything required by court for this matter to be heard before a jury of his peers, is requesting that this matter proceed before a jury trial.

D'RAYFIELD KARY-KHAME SHIPMAN
P O BOX 25322
WILMINGTON, DE   19899
5 MAY 08

302.384.8036

CERTIFICATE OF SERVICE,

I AFFIRM THAT A COPY OF THIS DOCUMENT HAS BEEN HAND DELIVERED TO ATTORNEY GENERAL OFFICE FOR THE STATE OF DELAWARE.  820 N FRENCH ST. WILM DE

LAW OFFICE OF GARY ABER 702 N KING ST. WILM DE

D'RAYFIELD SHIPMAN

THIS 5TH DAY OF MAY, 2008